UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No. **6:15-bk-09667-KSJ**
                                                                             Chapter 13

Ronald Cray,

     Debtor.
_____/

## MOTION TO EXTEND THE AUTOMATIC STAY UNDER §362(c)(3)

COMES NOW, Debtor, Ronald Cray, by and through his undersigned attorney, and hereby moves this Court to grant an extension of the automatic stay under §362(c)(3) and as grounds, states the following:

1. On June 2, 2015, the Debtor filed a voluntary petition in bankruptcy under Chapter 7.

2. The Debtors previous case (Case No. 6:15-bk-04853-KSJ) was dismissed on June 17, 2015 with no injunction.

3. The Debtor has retained the undersigned counsel to represent them in their current Chapter 13 Bankruptcy case.

4. The Debtors previous case was dismissed as the Debtor had experienced some unusual time constraints with tenants during a very contested eviction and criminal charges, which were brought on by said tenants, and as such, Debtor was unable to cure deficiencies of the incomplete filing.

5. The Debtor's circumstances have changed, he is now able to fund a Chapter 13 plan. His creditors will not be prejudiced by the extension of the automatic stay in this case.

WHEREFORE, the Debtor requests the Court to grant an extension of the automatic stay throughout the course of the Chapter 13 case.

**1/21/2016**                                                                /s/*Alejandro Rivera*
Date                                                                         Alejandro Rivera, Esq.
                                                                             FBN 90038
                                                                             ALEJANDRO RIVERA, P.A.
                                                                             1400 W. Oak St., Ste. F
                                                                             Kissimmee, FL  34741
                                                                             407-518-7160
                                                                             Fax: 407 518-7678
                                                                             Rivera@RiveraAtLaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 17th day of November, 2015 to: Trustee, United States Trustee - ORL7/13, 7 USTP.Region21.OR.ECF@usdoj.gov, Laurie K Weatherford ecfdailysummary@c13orl.com.

| | |
|---|---|
| **1/21/2016**___ | /s/***Alejandro Rivera***_____ |
| Date | Alejandro Rivera, Esq. |
| | FBN 90038 |
| | ALEJANDRO RIVERA, P.A. |
| | 1400 W. Oak St., Ste. F |
| | Kissimmee, FL  34741 |
| | 407-518-7160 |
| | Fax: 407 518-7678 |
| | Rivera@RiveraAtLaw.com |